# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO GONZALEZ, <br><br>   Plaintiff, <br><br>   v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br>   Defendant. | NO. CV 17-5402-E <br><br><br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: January 17, 2018.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE